No. 84–555.   FRITZIE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5024.   WOUNDED EYE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–5041.   HOLMAN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5208.   DEMPSEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5264.   TEST v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 84–5320.   HUMPHREY v. BOSTITCH CO. ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–5390.   PORTER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5406.   JACKSON v. OREGON.   Ct. App. Ore.   Certiorari denied.

No. 84–5414.   SHAW v. REED ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–5419.   WEISMAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–5422.   FORRESTER v. UNITED STATES GOVERNMENT. C. A. 2d Cir.   Certiorari denied.

No. 84–5433.   ROBINSON v. WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 84–5436.   JERMOSEN v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–5442.   TYLER v. HARPER ET AL.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 84–5448.   LANCE v. SOUTH CAROLINA HIGHWAY DEPARTMENT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–5455.   STAPLES v. YOUNG ET AL.   C. A. 7th Cir.   Certiorari denied.